AO 442 (Rev. 10/03) Warrant for Arrest

ORIGINAL

# UNITED STATES DISTRICT COURT
## District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 20 2006

at 10 o'clock and 09 min. A M
SUE BEITIA, CLERK

UNITED STATES OF AMERICA        WARRANT FOR ARREST

V.                              Case Number: CR 03-00293SOM-01

SAISELU TUI

(Name and Address of Defendant)

To: The United States Marshal and any Authorized United States Officer

    YOU ARE HEREBY COMMANDED TO ARREST SAISELU TUI and bring him or her forthwith to the nearest district/ magistrate judge to answer an Order of Court , charging him or her with (brief description of offense)

ORDER TO SHOW CAUSE WHY SUPERVISION SHOULD NOT BE REVOKED.

in violation of Title  United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| /s/ Laila M. Geronimo | MAY 31, 2006 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at   NO BAIL        By: Susan Oki Mollway, United States District Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at  USMS Hawaii | | |
| Date Received  5/31/06 | NAME AND TITLE OF ARRESTING OFFICER  Annabelle K. Bolter  Deputy U.S. Marshal | SIGNATURE OF ARRESTING OFFICER  /s/ Annabelle K. Bolter |
| Date of Arrest  5/31/06 | | |