AO 245B (Rev. 12/03) Sheet 2 - Imprisonment

CASE NUMBER: 1:03CR00293-001
DEFENDANT: SAISELU TUI

Judgment - Page 3 of 5

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of TEN (10) MONTHS.

This term consists of TEN (10) MONTHS as to Counts 1, 2, and 3, with all terms to run concurrently.

[✔]  The court makes the following recommendations to the Bureau of Prisons:
FDC Honolulu.

[✔]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district.
[ ] at ___ on ___.
[ ] as notified by the United States Marshal.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before _ on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUL 3 1 2006
at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

# RETURN

I have executed this judgment as follows:

Defendant delivered on  0 7 JUL 2006  to  FEDERAL DETENTION CENTER
P.O. BOX 30547
HONOLULU, HI 96820

at _____, with a certified copy of this judgment.

John T. Rathman
UNITED STATES MARSHAL
WARDEN

By  J. Lunii
Deputy U.S. Marshal
Legal Tech

AO 245B (Rev. 12/03) Sheet 3 - Supervised Release

CASE NUMBER: 1:03CR00293-001
DEFENDANT: SAISELU TUI

Judgment - Page 4 of 5

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of FORTY EIGHT (48) MONTHS. This term consists of FORTY EIGHT (48) MONTHS as to Counts 1, 2, and 3, with all terms to run concurrently.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two periodic drug tests thereafter. The defendant to submit up to a maximum of one valid drug test per day as directed by the Probation Office.

[ ]   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check if applicable.)

[✔]   The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon (Check if applicable.)

[✔]   The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check if applicable.)

[ ]   The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check if applicable.)

[ ]   The defendant shall participate in an approved program for domestic violence. (Check if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 12/03) Sheet 3 - Supervised Release

CASE NUMBER: 1:03CR00293-001
DEFENDANT: SAISELU TUI

Judgment - Page 5 of 5

# SPECIAL CONDITIONS OF SUPERVISION

1. That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

2. That the defendant serve up to 120 days community confinement in a community corrections center such as Mahoney Hale, following release from imprisonment as arranged by the Probation Office. While serving the term of community confinement, the defendant may obtain employment and/or enroll in an educational program as approved and directed by the Probation Office

3. That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

4. That the defendant shall submit her person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

5. Without the prior approval of the Probation Office, the defendant shall not enter the "Operation Weed and Seed" target area which is bordered by Lunalilo Freeway, Nuuanu Avenue, Bethel Street, Nimitz Highway, North King Street, Dillingham Boulevard, and Kokea Street, as depicted in the map to be attached to the Judgment.

6. That the defendant is prohibited from the possession and use of alcohol.



## PERSONAL INFORMATION SHEET
(for revocation cases)

CASE NAME: **TUI, Saiselu**
CRIMINAL NO.: **CR 03-00293SOM-01**
REVOCATION OF **SUPERVISED RELEASE**

SSN: 7091

USM NO.: 89258-022

**LEGAL ADDRESS:** Honolulu, Hawaii 96817

**MAILING ADDRESS:** Same as above

AO 245D (Rev. 8/96) Sheet 1 - Judgment in a Criminal Case for Revocation

ORIGINAL

RECEIVED
2006 JUL 27 AM 10: 38
U.S. MARSHALS SERVICE
HONOLULU, HI

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 1 6 2006

at ___ o'clock and 40 min P M
SUE BEITIA, CLERK

# United States District Court
## District of Hawaii

UNITED STATES OF AMERICA
v.
**SAISELU TUI**
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)

Criminal Number: 1:03CR00293-001
USM Number: 89258-022
Pamela Byrne, AFPD
Defendant's Attorney

**THE DEFENDANT:**

[✔] admitted guilt to violation of conditions <u>General Condition; Special Condition Nos. 1, 5, 6, and 7; and 18 U.S.C. 3583(g)(3)</u> of the term of supervision.

[ ] was found in violation of condition(s) ___ after denial or guilt.

| **Violation Number**<br>See next page. | **Nature of Violation** | **Date Violation Occurred** |
|---|---|---|

U.S. MARSHALS SERVICE
HONOLULU, HI
2006 JUN 19 PM 12: 57
RECEIVED

The defendant is sentenced as provided in pages 2 through <u>5</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: 7091

Defendant's Residence Address:
Honolulu, Hawaii 96817

Defendant's Mailing Address:
Honolulu, Hawaii 96817

JUNE 8, 2006
Date of Imposition of Sentence

/s/ Susan Oki Mollway
Signature of Judicial Officer

**SUSAN OKI MOLLWAY**, United States District Judge
Name & Title of Judicial Officer

JUN 1 5 2006
Date

ATTEST: A True Copy
SUE BEITIA
Clerk, United States District Court, District of Hawaii
By _____
Deputy

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet I

CASE NUMBER:  1:03CR00293-001
DEFENDANT:    SAISELU TUI

Judgment - Page 2 of 5

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Subject entered the Operation Weed and Seed Target area in "Chinatown" | 10/3/05 |
| 2 | Subject refused to submit to drug testing | 11/28/05 2/18/06 3/3/06 3/13/06 4/22/06 and 5/20/06 |
| 3 | Subject admitted to possession and use of alcohol and cocaine | 1/28/06 1/29/06 and 3/11/06 |
|   | and urine specimen tested positive for cocaine | 3/14/06 |
| 4 | Subject refused to participate in drug treatment | 3/20/06 4/5/06 and 4/7/06 |
| 5 | Subject absconded from the Mahoney Hale program, a community corrections center, in violation of the community center rules of Mahoney Hale | 4/17/06 |
| 6 | Subject failed to comply with budgeting requirements of Mahoney Hale, a community corrections center | 4/2006 |
| 7 | Subject absconded from Mahoney Hale, a community corrections center | 5/27/06 |
| 8 | Subject admitted to possession and use of cocaine | 5/30/06 |