# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/19/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 03-00293SOM |
| CASE NAME: | USA vs. Saiselu Tui |
| ATTYS FOR PLA: | Thomas Koenig<br>Derek Kim (USPO) |
| ATTYS FOR DEFT: | Pamela Byrne |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 4/19/2007 | TIME: | 1:35 - 1:50 |

COURT ACTION:  EP: Order to Show Cause Why Supervised Release Should Not Be Revoked -

Defendant Saiselu Tui present and in custody.

Defendant admits to violation nos. 1 and 2.

Court finds that there is sufficient evidence to support the violations and the defendant has not met the conditions of supervision.

Defendant requests for the maximum imprisonment allowed, and that no further supervised release be imposed - no objection by the government.

Supervised release is revoked.

ADJUDGED:

Imprisonment: 26 Months as to Counts 1 and 2 and 14 Months as to Count 3, to be served concurrently with Counts 1 and 2.

No further supervised release imposed.

JUDICIAL RECOMMENDATION: 1) Dublin; 2)  Alcohol Treatment; 3) 500 Hour

Comprehensive Drug Treatment Program.

Defendant advised of her right to appeal.

Mittimus forthwith.

Defendant remanded to the custody of the USM.

Submitted by: Toni Fujinaga, Courtroom Manager.