# United States District Court
## District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 23 2007

at ___ o'clock and ___ min. ___M
SUE BEITIA, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**SAISELU TUI**<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Criminal Number:  **1:03CR00293-001**<br>USM Number:  **89258-022**<br>**Pamela Byrne AFPD**<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔] admitted guilt to violation of conditions  _Special Condition Nos. 2 and 6_  of the term of supervision.
[ ] was found in violation of condition(s) _____ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through _3_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

APRIL 19, 2007
Date of Imposition of Sentence

_/s/ Susan Oki Mollway_
Signature of Judicial Officer

Defendant's Soc. Sec. No.:  7091

Defendant's Residence Address:
Honolulu, Hawaii 96817

Defendant's Mailing Address:
Honolulu, Hawaii 96817

**SUSAN OKI MOLLWAY**, United States District Judge
Name & Title of Judicial Officer

APR 23 2007
Date

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet I

CASE NUMBER: 1:03CR00293-001      Judgment - Page 2 of 3
DEFENDANT: SAISELU TUI

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Subject failed to report to Mahoney Hale | 3/30/07 |
| 2 | Subject admitted that she consumed alcohol | 3/30/07 |

AO 245B  (Rev. 6/05) Judgment in a Criminal Case
Sheet 2 - Imprisonment

| | | |
|---|---|---|
| CASE NUMBER: | 1:03CR00293-001 | Judgment - Page 3 of 3 |
| DEFENDANT: | SAISELU TUI | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: TWENTY SIX (26) MONTHS

This term consists of TWENTY SIX (26) MONTHS as to Counts 1 and 2, and FOURTEEN (14) MONTHS as to Count 3, to be served concurrently with Counts 1 and 2.

[✔]  The court makes the following recommendations to the Bureau of Prisons:
1) Dublin;  2)  Alcohol Treatment;  3) 500 Hour Comprehensive Drug Treatment Program.

[✔]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district.
[ ] at ___ on ___.
[ ] as notified by the United States Marshal.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before _ on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal